

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 01-2: KENNETH J. HIRZ, CLERK OF COURT
BY: /S/ CLAIRE BEOGLOS
DEPUTY CLERK

**Dated: 09:38 AM July 14 2006**

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:<br>SUSAN MCALISTER<br>645 MOON ST<br>AKRON, OH 44307<br>SSN: ###-##-6425<br><br>**Debtor(s)** | **CHAPTER 13**<br>**CASE NO: 06-51041**<br><br>**MARILYN SHEA-STONUM**<br>**BANKRUPTCY JUDGE**<br><br>**ORDER FOR EMPLOYER DEDUCTIONS** |

The above-named debtor having filed a petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with the statute:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

**WARRENSVILLE DEVT CTR**
**C/O OHIO AUDITOR OF STATE**
**PO BOX 1140**
**COLUMBUS, OH 43266-0040**
**ATTN: PAYROLL**

Deduct from said income the sum of **$245.00 BI-WEEKLY,** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sum to:

**CHAPTER 13**
Jerome L Holub
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
jholub@ch13akron.com

OFFICE OF THE CHAPTER 13 TRUSTEE
JEROME L. HOLUB, TRUSTEE
P.O. BOX #73984-N
CLEVELAND, OHIO 44193-1194

**\*\*AND IDENTIFY WITH REMITTANCE THE NAME & CASE #, WHICH IN \*\***
**\*\*THE UPPER RIGHT CORNER TO ALLOW PROPER POSTING\*\***

IT IS FURTHER ORDERED that the EMPLOYER SHALL CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT OR CREDIT UNION LOANS unless specifically authorized by this Court or until this Order is withdrawn, with the exception that deductions for child support and alimony may continue.

**IT IS FURTHER ORDERED that pursuant to 11 USC Section 503(a), payroll fee/administrative cost shall not be taken without prior application to and approval by the Court.**

IT IS FURTHER ORDERED that the entity from which the debtor receives income shall notify the Trustee if the debtor's income is terminated and the reason thereof. Correspond to:

**One Cascade Plaza. #2020, Akron, Ohio 44308**

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this cause.

###

cc: Debtor
Debtor's Attorney – **ROBERT M WHITTINGTON**
Trustee – Jerome L. Holub
Employer - **WARRENSVILLE DEVT CTR**

> **\*NOTE:**
> **Be sure to put Case # and name of your employee on remittance checks.**

**CHAPTER 13**
Jerome L Holub
Trustee
One Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
jholub@ch13akron.com