**IT IS SO ORDERED.**

**Dated:  09:13 AM April 19 2010**

*Marilyn Shea-Stonum*
MARILYN SHEA-STONUM MVK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 06-51041 |
| | ) | Chapter 13 |
| Susan McAlister | ) | |
| | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | |
| | | <u>AGREED ORDER RE TRUSTEE'S MOTION TO DISMISS CASE</u> |

    This matter came on for a hearing on March 11, 2010 upon a motion of Keith Rucinski, chapter 13 trustee, who prayed for the entry of an order dismissing the debtor's case.  Upon agreement of the chapter 13 trustee and the debtor, and for cause shown, the Court finds that the plan's duration may extend to 85 months from its confirmation so as to allow the repayment of creditors.

    WHEREFORE, it is ORDERED, ADJUDGED and DECREED that this matter is settled on the above-described terms.

###

Submitted by:

/s/ Robert M. Whittington, Jr., 0007851
Attorney for the Debtor
159 S. Main St., #1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com

Approved:

/s/ Keith L. Rucinski, Chapter 13 Trustee
/s/ Joseph A. Ferrise, Staff Attorney
    Fax approval received 4/16/10
_____
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com


List of Parties to be Served:

Pursuant to Rule 9022, Rules of Bankruptcy Procedure, Fed.R.Civ.P. 5(b) and ECF Decisions promulgated by the Clerk of this Court, the Clerk shall serve the following by electronic notice through the ECF system if the following named recipients are registered ECF users, or otherwise by ordinary U.S. Mail, postage prepaid, or by such other means as may be permitted by these Rules, *viz.*,


U.S. Trustee
201 Superior Ave. E. #441
Cleveland, OH 44114

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 06-51041-mss<br>Northern District of Ohio<br>Akron<br>Mon Mar 22 15:17:45 EDT 2010 | Capital One Auto Finance Department<br>C/O Ascension Capital Group<br>P.O. Box 201347<br>Arlington, Tx 76006-1347 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Wells Fargo<br>c/o Hilary Bonial<br>PO Box 829009<br>Dallas, TX 75382-9009 | US Bankruptcy Court<br>455 Federal Bldg<br>2 South Main Street<br>Akron, OH 44308-1813 | A.T. & T. Wireless c/o<br>Nationwide Recovery Systems<br>2304 Tarpley Dr. #134<br>Carrollton, TX 75006-2470 |
| ACE<br>1480 Brittain Rd.<br>Akron, OH 44310-3653 | Akron Utilities Bureau<br>P.O. Box 3665<br>Akron, OH 44309-3665 | Ameritech Consumer Bankruptcy Dept.<br>nka A.T. & T.<br>P.O. Box 769<br>Arlington, TX 76004-0769 |
| Ascension Capital Group, L.C.<br>Attn: Capital One Auto Finance Dept.<br>PO Box 201347<br>Arlington, TX 76006-1347 | Aspire<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 | B-Line, LLC/National Credit Adjusters<br>ACE CASH EXPRESS, INC.<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA 98121-2317 |
| Bonded Collection Crop.<br>29 E. Madison St. #1650<br>Chicago, IL 60602-4435 | Byron W. Simpson<br>11570 Euclid Ave.<br>Cleveland, OH 44106-3986 | CBCS<br>P.O. Box 165025<br>Columbus, OH 43216-5025 |
| Capital One Auto Finance<br>P.O. Box 260848<br>Plano, TX 75026-0848 | Capital One Auto Finance<br>c/o Ascension Capital Group<br>POB 201347<br>Arlington, TX 76006-1347 | Chase c/o Plaza Assoc.<br>370 7th Ave.<br>New York, NY 10001-3901 |
| City of Akron Law Dept.<br>161 S. High St.,<br>Akron, OH 44308-1602 | Cleveland Clinic Foundation<br>P.O. Box 73662<br>Cleveland, OH 44193-1273 | Dominion East Ohio<br>Attn Customer Cr Services<br>18th Floor<br>PO Box 25339<br>Richmond, VA 23260-5339 |
| Heartwood 88 LLC<br>Attn Tax Certificate Dept<br>PO Box 5707<br>Ft Lauderdale FL 33310-5707 | Household Bank<br>2700 Sanders Rd.<br>Prospect Hts., IL 60070-2701 | Household Credit Services<br>P.O. Box 80084<br>Salinas, CA 93912-0084 |
| J.A. Cambece, Esq.<br>8 Bourbon St.<br>Peabody, MA 01960-7481 | Jefferson Capital Systems, LLC<br>P.O. Box 23051<br>Columbus, GA 31902-3051 | National Credit Adjusters<br>P.O. Box 3023<br>Hutchison, KS 67504-3023 |
| Nationwide Insurance<br>P.o. Box 742522<br>Cincinnati, OH 45274-2522 | Ohio Edison<br>1910 W. Market St.<br>Akron, OH 44313-6935 | SPRINT NEXTEL CORPORATION<br>ATTN: BANKRUPTCY DEPT.<br>P.O. BOX 172408<br>DENVER CO 80217-2408 |

| | | |
|---|---|---|
| Seventh Avenue<br>P.O. Box 2804<br>Monroe, WI 53566-8004 | Steven L. Sacks, Esq.<br>P.O. Box 5480<br>Cincinnati, OH 45201-5480 | Summit Co. Prosecutor, Tax Division<br>220 S. Balch St., #118<br>Akron, OH 44302-1638 |
| Sunrise Credit Services<br>260 Airport Plaza<br>Farmingdale, NY 11735-3946 | Time Warner Cable<br>1655 Brittain Rd.<br>Akron, OH 44310-2795 | Van Ru Credit Corp.<br>4415 S. Wendler Dr. Bldg. B<br>Suite 200<br>Tempe, AZ 85282-6410 |
| WELLS FARGO BANK N.A.<br>ONE HOME CAMPUS/BK/PMT/PROC<br>/MAC#X2302-04C<br>DES MOINES,IOWA 50328-0001 | WELLS FARGO BANK NA<br>C/O JOEL JENSEN<br>PO BOX 5480<br>CINCINNATI, OH  45201-5480 | Wells Fargo Bank<br>One Home Campus/Bankruptcy Department<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank N.A.<br>PO Box 829009<br>Dallas, TX 75382-9009 | Wells Fargo Bank NA<br>3476 Stateview Blvd.<br>Ft. Mill, SC 29715-7200 | Wells Fargo Financial<br>PO Box 28724<br>Kansas City MO 64188-8724 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card<br>Services III<br>POB 35480<br>Newark NJ 07193-0001 | Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza<br>Suite 2020<br>Akron, OH 44308-1160 | Robert M Whittington Jr<br>159 S Main St<br>Key Bldg<br>#1023<br>Akron, OH 44308-1318 |
| Susan McAlister<br>645 Moon St.<br>Akron, OH 44307-1575 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)WELLS FARGO BANK N.A. | (du)Wells Fargo Bank, N.A. | (d)Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| (d)Wells Fargo<br>c/o Hilary Bonial<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     4<br>Total                  49 | |

# CERTIFICATE OF NOTICE

```
District/off: 0647-5           User: meldr                  Page 1 of 2            Date Rcvd: Apr 19, 2010
Case: 06-51041                 Form ID: pdf701              Total Noticed: 42


The following entities were noticed by first class mail on Apr 21, 2010.
db          +Susan McAlister,    645 Moon St.,    Akron, OH 44307-1575
16001049    +A.T. & T. Wireless c/o,    Nationwide Recovery Systems,    2304 Tarpley Dr. #134,
              Carrollton, TX 75006-2470
16001050    +ACE,    1480 Brittain Rd.,    Akron, OH 44310-3653
16001051    +Akron Utilities Bureau,    P.O. Box 3665,    Akron, OH 44309-3665
16001052     Ameritech Consumer Bankruptcy Dept.,    nka A.T. & T.,    P.O. Box 769,    Arlington, TX 76004-0769
16001053     Aspire,    P.O. Box 105555,    Atlanta, GA 30348-5555
16001054    +Bonded Collection Crop.,    29 E. Madison St. #1650,    Chicago, IL 60602-4435
16001068    +Byron W. Simpson,    11570 Euclid Ave.,    Cleveland, OH 44106-3986
16001057     CBCS,    P.O. Box 165025,    Columbus, OH 43216-5025
16001056     Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
16001058     Chase c/o Plaza Assoc.,    370 7th Ave.,    New York, NY 10001-3900
16071592    +City of Akron Law Dept.,    161 S. High St.,,    Akron, OH 44308-1602
16001059     Cleveland Clinic Foundation,    P.O. Box 73662,    Cleveland, OH 44193-1273
16001060    +Dominion East Ohio,    Attn Customer Cr Services,    18th Floor,    PO Box 25339,
              Richmond, VA 23260-5339
16428918    +Heartwood 88 LLC,    Attn Tax Certificate Dept,    PO Box 5707,    Ft Lauderdale FL 33310-5707
16001061    +Household Bank,    2700 Sanders Rd.,    Prospect Hts., IL 60070-2701
16001062     Household Credit Services,    P.O. Box 80084,    Salinas, CA 93912-0084
16001055    +J.A. Cambece, Esq.,    8 Bourbon St.,    Peabody, MA 01960-7481
16086311     Jefferson Capital Systems, LLC,    P.O. Box 23051,    Columbus, GA 31902-3051
16001063     National Credit Adjusters,    P.O. Box 3023,    Hutchison, KS 67504-3023
16001064     Nationwide Insurance,    P.O. Box 742522,    Cincinnati, OH 45274-2522
16001065    +Ohio Edison,    1910 W. Market St.,    Akron, OH 44313-6935
16193603     SPRINT NEXTEL CORPORATION,    ATTN: BANKRUPTCY DEPT.,    P.O. BOX 172408,    DENVER CO 80217-2408
16001067     Seventh Avenue,    P.O. Box 2804,    Monroe, WI 53566-8004
16001066     Steven L. Sacks, Esq.,    P.O. Box 5480,    Cincinnati, OH 45201-5480
16001069    +Summit Co. Prosecutor, Tax Division,    220 S. Balch St., #118,    Akron, OH 44302-1638
16001070     Sunrise Credit Services,    260 Airport Plaza,    Farmingdale, NY 11735-3946
16001071    +Time Warner Cable,    1655 Brittain Rd.,    Akron, OH 44310-2795
16001072    +Van Ru Credit Corp.,    4415 S. Wendler Dr. Bldg. B,    Suite 200,    Tempe, AZ 85282-6410
17311754    +WELLS FARGO BANK N.A.,    ONE HOME CAMPUS/BK/PMT/PROC,    /MAC#X2302-04C,
              DES MOINES,IOWA 50328-0001
19174270     WELLS FARGO BANK NA,    C/O JOEL JENSEN,    PO BOX 5480,    CINCINNATI, OH  45201-5480
16011124    +Wells Fargo,    c/o Hilary Bonial,    P.O. Box 829009,    Dallas, TX 75382-9009
16016675     Wells Fargo Bank,    One Home Campus/Bankruptcy Department,    Des Moines, IA 50328-1001
16011613     Wells Fargo Bank N.A.,    PO Box 829009,    Dallas, TX 75382-9009
16001073    +Wells Fargo Bank NA,    3476 Stateview Blvd.,    Ft. Mill, SC 29715-7200
16219057    +Wells Fargo Financial,    PO Box 28724,    Kansas City MO 64188-8724
16067824     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Apr 19, 2010.
cr          +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 20 2010 00:02:10
              Capital One Auto Finance Department,    C/O Ascension Capital Group,    P.O. Box 201347,
              Arlington, Tx 76006-1347
16011614    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 20 2010 00:02:10
              Ascension Capital Group, L.C.,    Attn: Capital One Auto Finance Dept.,    PO Box 201347,
              Arlington, TX 76006-1347
16111065    +E-mail/PDF: BNCEmails@blinellc.com Apr 20 2010 00:01:54     B-Line, LLC/National Credit Adjusters,
              ACE CASH EXPRESS, INC.,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
              Seattle, WA 98121-2317
16046643    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 20 2010 00:02:10
              Capital One Auto Finance,    c/o Ascension Capital Group,    POB 201347,
              Arlington, TX 76006-1347
17986485     E-mail/PDF: BNCEmails@blinellc.com Apr 20 2010 00:01:54     Roundup Funding, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           WELLS FARGO BANK N.A.
cr           Wells Fargo Bank, N.A.
cr*          Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
cr*         +Wells Fargo,    c/o Hilary Bonial,    PO Box 829009,    Dallas, TX 75382-9009
                                                                                              TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2010**                    Signature:  *Joseph Speetjens*